BERNARD HAMILTON, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

Argued December 3, 1941; decided January 8, 1942.

*K. O. Mott-Smith, C. Austin White* and *Clive C. Handy* for appellant.

*Morris Pottish, Walter G. Evans, William G. Walsh* and *Harry Landau* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.